IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-

JUL 13 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

BRIAN ANTHONY THORNTON
PO BOX 10002
FORT WAYNE, IN 46850
MINOR CHILD "JT" DOB XX/XX/2010
PO BOX 10002
FORT WAYNE, IN 46850

**Plaintiff(s),**

vs.

Case No.: __1:23CV293__

Meta, Inc.,
a corporation,
JOHN DOE or UNKNOWN PARTY,
a private party,

**Defendant(s)**

********

## COMPLAINT FOR CIVIL PENALTIES, INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES AND JURY DEMAND

1. Both Plaintiffs in this matter have created personal and private content that they own and have not licensed or provided rights to any other party or in any other way transferred rights to said content.

2. Defendant Meta AKA Facebook, has been unresponsive to requests for removal of infringement of content as described in Plaintiffs EXHIBIT 1.

3. Content has been provided by unknown party or parties to be named at the place and time of civil discovery..

1

4. Plaintiff further seeks declaratory relief that has provided a safety risk by Defendants monetization, tracking and distribution of copyrighted material.

5. Defendants' actions have already deprived and will continue to deprive Plaintiff of his rights and guarantees provided under the United States Constitution.

6. Each and every act of Copyright Infringement alleged was committed within the UNited States of America.

7. Plaintiff further seeks permanent injunctive relief prohibiting Defendants from engaging in the conduct declared to be in violation of the Plaintiff's constitutionally protected rights and from enforcing in the manner complained of herein.

## JURISDICTION AND VENUE

8. The Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1343. The Court has jurisdiction over the request for declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202. The Court has jurisdiction over the state las claims pursuant to 28 U.S.C. § 1367.

9. Venue is proper in the Northern District of Indiana pursuant to 28 U.S.C. § 1391(b), because Plaintiff and his child reside in the district, the greater majority of defendants reside within the district, and all of the events or omissions giving rise to the claim occurred within the district.

## PARTIES

10. Plaintiff Brian A. Thornton is a citizen of the United States and at the commencement of this action was a resident of Allen County Indiana with his principal address in Fort Wayne Indiana located within the Northern District of Indiana. Plaintiff Brian A. Thornton is the parent of minors J.E.T. (male) who resides in Allen County and are located within the Northern District of Indiana.

11. On and before this date, Plaintiff Brian A. Thornton was the parent of and had parenting rights of minor child.

12. Defendant Meta, INC is a California Organization, (state actor) and is capable of suing and being sued. During the times material it is known as Meta, Inc. operates multiple business units in the Norther District of Indiana..

13. Defendant JOHN DOE OR UNKNOW PARTY was at all times material to this action, an actor using Meta for distribution of copyrighted material(s). They are sued in both their official and individual capacity.

## ALLEGATIONS OF FACT

14. Defendants are actors willfully operating outside of 17 U.S. Code § 501 and did so with intent to harm or prevent Plaintiff;
    a. on or about October 12, 2019 as demonstrated in Plaintiff's EXHIBIT 2.
    b. on or about October 7, 2022 as demonstrated in Plaintiff's EXHIBIT 3.
    c. on or about April 1, 2023 as demonstrated in Plaintiff's EXHIBIT 4.

15. WHEREFORE, Plaintiff pray for the relief set forth below.

UPON THE FOREGOING CAUSES OF ACTION, PLAINTIFF PRAYS THE COURT FOR THE FOLLOWING RELIEF:

A. Assert jurisdiction over this action;

B. Award Plaintiff actual damages that incurred as a direct or proximate result of Defendants' actions and/or inactions.

C. Award Plaintiff compensatory damages against Defendants in their individual capacities.

D. Award Plaintiff punitive damages against Defendants in their individual capacities.

E. Order that Meta, Inc and all Meta Inc, affiliated records be prevented from further publishing of content.

F. Enter a preliminary and permanent injunction against Defendants, their agents, employees and officers and related defendants from further use of and distribution of the copyrighted work.

G. Award all Plaintiff nominal damages for violation of constitutional rights.

H. Award Plaintiff his costs of litigation, including reasonable attorneys' fees and expenses under 42 U.S.C § 1988 and as otherwise provided by law or equity.

I. Grant such other and further relief as the Court deems proper.

PLAINTIFF DEMAND TRIAL OF THIS ACTION BY JURY

Respectfully submitted this 13, day of July, 2023.

_____

BRIAN ANTHONY THORNTON
PO BOX 10002
Fort Wayne, IN 46850
MINOR CHILD "JT"
PO BOX 10002

Fort Wayne, IN 46850
(260) 333-3333