UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRIAN ANTHONY THORNTON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Cause No. 1:23-CV-293-HAB |
| META, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This Court issued an Opinion and Order in November dismissing Plaintiffs' copyright infringement claims but giving Plaintiffs until November 29, 2023, to submit an amended complaint. (ECF No. 13). That deadline has come and gone with no amended complaint. The Clerk is DIRECTED to enter judgment in favor of Defendant and against Plaintiffs and close this case.

SO ORDERED on December 19, 2023.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT