# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRIAN ANTHONY THORNTON
*also known as*
BRIAN A. THORNTON

JT, *Minor Child, DOB XX/XX/2010, by his parent Brian A. Thornton*
                Plaintiffs

    v.

Civil Action No. 1:23-cv-293

META, INC., *a corporation*

JOHN DOE, *or Unkown Party, a private party*
                Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Holly A. Brady

DATE: 12/19/2023          CHANDA J. BERTA, CLERK OF COURT

                          by  s/ S. Jarrell_____
                          *Signature of Clerk or Deputy Clerk*